**Avanella M. Vail, Plaintiff-Appellee, v. William F. Vail, Defendant-Appellant.**

**Gen. No. 51,702. (Abstract of Decision.)**

First District, Third Division.

June 27, 1968.

234

Muench & Muench, of Chicago (James J. Muench, of counsel), for appellant; S. Edward Moffic, of Chicago, for appellee. Opinion by JUSTICE SCHWARTZ. Not to be published in full.